UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80034-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KONTIKI CURRY,

    Defendant.

_____/



FILED by ___ D.C.
DEC 09 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER AND
## REPORT AND RECOMMENDATION

The Defendant, KONTIKI CURRY, appeared before the Court on December 5, 2008, represented by Peter Birch. The Defendant was initially convicted of the following: Count 1 - conspiracy to file and cause others to file false claims to the Internal Revenue Service (IRS), in violation of 18 U.S.C. § 286; Counts 7, 8, and 9 - filing a false claim to the IRS, in violation of 18 U.S.C. § 287; and Count 13 - conspiracy to possess and cause others to possess and utter counterfeit checks, in violation of 18 U.S.C. § 371. The Defendant was sentenced to time served, followed by a 3 year term of supervised release. Defendant commenced supervised release on January 20, 2006.

The Defendant is now charged with violating her supervised release by: (1) failing to pay court ordered restitution in the amount of $40,431.97 at the rate of 10% of her monthly gross earnings; (2) failing to refrain from violation of the law, by committing the offense of stalking and harassing/threatening telephone calls on October 9, 2007, in

violation of Florida Statute _ 784.048(2); (3) failing to obtain and maintain legitimate employment from August 2007 to October 2007; (4) failing to notify the Probation Officer within 72 hours of being arrested for the offense of stalking and harassing/threatening telephone calls; (5) failing to submit a written monthly report for the months of May, June, July, and September 2007; (6) failing to follow the October 29, 2007 instructions of the Probation Officer requiring the Defendant to report to the U.S. Probation Office on October 30, 2007; and (7) failing to report as directed after having been instructed by U.S. Probation Officer on October 29, 2007 to report to the U.S. Probation Office on October 30, 2007.

According to a report by U.S. Probation Officer Bonita Holmes, since being placed on supervision, the Defendant has been "less than candid" and "has been given ample opportunities to comply with the conditions of her supervision, but to no avail." Holmes reports that the Defendant "failed to maintain a stable residence and employment, as well as make a concerted effort to pay restitution." Further, the Defendant "reports untimely," "has repeatedly demonstrated an inability to follow instructions," and "has recently obtained a new law violation for stalking and making harassing/threatening telephone calls."

At the hearing, the Government agreed to dismiss violation number 7 as being duplicative of violation number 6. The Defendant admits violations 1, 3, 4, 5, and 6, and pleads no contest to violation 2, and wishes to proceed to sentencing as soon as possible.

## RECOMMENDATION

This Court respectfully recommends that the District Court accept the Defendant's admissions and find the Defendant guilty of violations 1 through 6 as set forth in the Petition for Warrant or Summons for Offender Under Supervision. This Court recommends that the matter be set down for sentencing before the District Court.

The Clerk is ORDERED to set this matter before the sentencing calendar of the Honorable United States District Judge Daniel T.K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Daniel T.K. Hurley, within ten (10) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir.1982), cert. denied, 460 U.S. 1087 (1983).

DONE and ORDERED and DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 9 day of December, 2008.

ANN E. VITUNAC
United States Magistrate Judge

Copies to:
Honorable Daniel T.K. Hurley
AUSA Lauren E. Jorgensen
AFPD Peter V. Birch
United States Marshal
United States Probation