UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80034-CR-HURLEY/VITUNAC

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

**KONTIKI CURRY,**
    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Friday, December 18, 2008**, at **10:30 a.m.**, in courtroom 5, at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 15th day of December, 2008.

**copy furnished:**
AUSA Lauren E. Jorgensen
AFPD Peter V. Birch
United States Marshal's Service
United States Probation Office

_____
Daniel T. K. Hurley
United States District Judge